IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

C. SCOTT EVANS §
§
VS. § CIVIL ACTION NO. _____
§
ELIZABETH WHITLEY AND §
MID-ATLANTIC SOLUTIONS, INC. §

## DEFENDANTS' NOTICE OF REMOVAL

1.    Defendants, Mid-Atlantic Solutions, Inc. and Elizabeth Whitley, file this notice of removal

pursuant to 28 U.S.C. §1446(b).

### The State Action

2.    Plaintiff is C. Scott Evans.

3.    Defendants are Elizabeth Whitley and Mid-Atlantic Solutions, Inc.

4.    On November 1, 2004, Plaintiff sued Defendants for libel in the 130th Judicial District Court

of Matagorda County, Texas.  The case is styled Cause No. 04-E-0599-C; *C. Scott Evans v. Elizabeth*

*Whitley and Mid-Atlantic Solution, Inc.*.

### Notice of Removal is Timely

5.    Defendant, Mid-Atlantic Solutions, Inc., was served on November 8, 2004 with service

through the Texas Secretary of State. A copy of the citation and petition were forwarded by the Texas

Secretary of State to Defendant on November 12, 2004 and was signed for by Defendant's agent on

November 17, 2004.

6.    Defendant, Elizabeth Whitley, was served on November 8, 2004 with service through the

Texas Secretary of State. A copy of the citation and petition were forwarded by the Texas Secretary

of State to Defendant on November 12, 2004 and was signed for by Defendant's agent on November

17, 2004.

7.    Notice of removal is filed before the expiration of thirty days from the date of service. Thus, notice of removal is timely filed. *See Murphy Brothers, Inc. v. Michette Pipe Stringing, Inc.*, 526 U.S. 344 (1999).

## The Diversity of Citizenship Requirement is Satisfied

8.    Removal of this case from state to federal court is proper because there is complete diversity between the parties. 28 U.S.C. §1332(a); *Darden v. Ford Consumer Fin. Co.*, 200 F.3d 753, 755 (11th Cir. 2000); *Laughlin v. Kmart Corp.*, 50 F.3d 871, 873 (10th Cir. 1995). Plaintiff is a citizen of the State of Texas. Defendant, Mid-Atlantic Solutions, Inc., is incorporated in (and has its principal place of business in) Virginia. Elizabeth Whitley is a citizen of the State of Virginia.

## The Amount in Controversy Requirement is Satisfied

9.    It is Defendants' good faith belief that the amount in controversy exceeds the sum of $75,000.00 excluding interest, costs and attorney fees. Plaintiff has filed his lawsuit in a Texas state district court asking damages within the jurisdictional limits of the court. Moreover, Plaintiff also asserts that due to the Defendants' alleged "malicious and reckless" conduct, he is entitled to an award of punitive damages. Consequently, the allegations of the Plaintiff's Petition satisfy the amount in controversy requirement of 18 U.S.C. §1332. *See, e.g., St. Paul Reinsurance Co. Ltd. v. Greenburg*, 134 F.3d 1250, 1253 n.13 (5th Cir. 1998) ("The test is whether it is more likely than not that the amount of the claim will exceed [$75,000]").

## Procedural Compliance

10.    All pleadings, process, orders and other filings in the state court action are attached to this notice as required by 28 U.S.C. §1446(a).

11.    Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

12.     Defendants will promptly file a copy of this notice of removal with the clerk of the state court where the action has been pending contemporaneously with this filing.

14.     Notification will also be made to Plaintiff, C. Scott Evans, through his counsel of record.

14.     Pursuant to the local rules for the Southern District of Texas, this notice of removal is accompanied by an index of matters being filed including:

- Exhibit #1:        All executed process;

- Exhibit #2:        All Pleadings asserting causes of action;

- Exhibit #3;        The docket sheet;

- Exhibit #4:        Listing of all counsel of record, including addresses, telephone numbers and parties represented;

- Exhibit #5:        Notification to State District Court regarding Notice of Removal; and

- Exhibit #6:        Written Notification to Plaintiff of filing of Notice of Removal.

## JURY DEMAND

15.     Plaintiff did not demand a jury in the state court action.

## CONCLUSION

16.     There is complete diversity of citizenship between the parties to this lawsuit and the amount in controversy is in excess of $75,000.00.  Therefore this action should be removed from state court.

Respectfully submitted,

GILBERT & GILBERT

BY: _John R. Gilbert_

John R. Gilbert
State Bar No. 07898500
SDOT No. 3754
222 North Velasco
P. O. Box 1819

3

Angleton, TX 77516-1819
(979) 849-5741
(979) 849-7729
ATTORNEY-IN-CHARGE FOR DEFENDANTS,
MID-ATLANTIC SOLUTIONS, INC. and ELIZABETH
WHITLEY

OF COUNSEL:
GILBERT & GILBERT
Lawrence P. Hampton
State Bar No. 08875500
SDOT No. 8123
222 North Velasco
P. O. Box 1819
Angleton, Texas 77516-1819
(979) 849-5741
(979) 849-7729 Fax

OGDEN, GIBSON, WHITE, BROOCKS,
    & LONGORIA, LLP
William W. Ogden
State Bar No. 15228500
SDOT No. 2072
2100 Pennzoil South Tower
711 Louisiana
Houston, Texas 77002
(713) 844-3000
(713) 844-3030 Fax

## CERTIFICATE OF SERVICE

I hereby certify that in accordance with the Federal Rules of Civil Procedure, a true copy of
DEFENDANTS' NOTICE OF REMOVAL has been served on the below listed counsel of record
on this the 8 day of December, 2004, to:

Christopher W. Byrd
1177 West Loop South, Ste. 700
Houston, Texas 77027

G.P. Hardy, III
1177 West Loop South, Ste. 700
Houston, Texas 77027

John R. Gilbert

JOHN R. GILBERT

4

# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

C. SCOTT EVANS        §

       §

VS.        §     CIVIL ACTION _____

       §

ELIZABETH WHITLEY AND        §

MID-ATLANTIC SOLUTIONS, INC.        §

       §

       §

## INDEX OF MATTERS BEING FILED

Exhibit #1:      All executed process

Exhibit #2:      All Pleadings asserting causes of action

Exhibit #3;      The docket sheet

Exhibit #4:      Listing of all counsel of record, including addresses, telephone numbers and parties represented

Exhibit #5:      Notification to State District Court regarding Notice of Removal

Exhibit #6:      Written Notification to Plaintiff of filing of Notice of Removal

# Citation
## 04-E-0599-C

**CLERK OF THE COURT**
Becky Denn
1700 Seventh St., Room 30 7
Bay City, TX, 77414-5092

**ATTORNEY FOR PLAINTIFF**
Christopher W. Byrd
1177 West Loop South
Houston, Texas 77027

**THE STATE OF TEXAS**
*NOTICE TO THE DEFENDANT:*

*"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.":*

To: Mid-Atlantic Solutions, Inc., (hereinafter referred to as "MAS")
     by serving the Secretary of State of Texas
     650 Front Street
     Lovington, VA 22949

*Defendant, Greeting:*

You are hereby commanded to appear by filing a written answer to the <u>Plaintiff's Original Petition</u> on or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable District Court of Matagorda County, Texas at the Court House of said County in Bay City, Texas.

Said Petition was filed on the <u>1st day of November, 2004</u> in this case, numbered <u>04-E-0599-C</u> on the docket of said court, and styled,

<u>C. SCOTT EVANS</u>
VS.
<u>ELIZABETH WHITLEY AND MID-ATLANTIC SOLUTION, INC.</u>

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition accompanying this citation and made a part hereof. The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at office, on November 1, 2004.

         BECKY DENN, DISTRICT CLERK
         MATAGORDA COUNTY, TEXAS

By *Mary Garcia*
        Deputy

00100933-2



**RECEIVED**
**SECRETARY OF STATE**
NOV - 8 2004
2:30
**CITATIONS UNIT**



**RETURN**

Came to hand on the _____ day of _____, 20__, at ___ o'clock , M.

Executed at _____. _____, within the County of at _____ o'clock ___, M. on the _____ day of _____, 20 __, by delivering to the within named _____ _____ each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

Total fee for serving this citation

By_____ Deputy

**VERIFICATION OF RETURN**
**(for use by private process server)**

**THE STATE OF TEXAS**
**COUNTY OF _____**

BEFORE ME, the undersigned Notary Public, on this day personally appeared

_who, being by me duly sworn on oath deposed and said that he/she is competent to make this oath, is a disinterested person not less than eighteen years of age who has been authorized to serve citation in this cause by written order of the Court, has read the above return, and every statement contained in the return is within affiant's personal knowledge and is true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME on the _____ day of _____, 20___, to certify which witness my hand and official seal.

Notary Public in and for the State
Of Texas
My commission expires:



# The State of Texas

## Secretary of State

2005-100933-2

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's Original Petition in the cause styled:

C Scott Evans VS Elizabeth Whitley and Mid Atlantic Solution Inc
130th Judicial District Court Of Matagorda County, Texas
04E0599C

was received by this office on November 8, 2004, and that a copy was forwarded on November 12, 2004, by CERTIFIED MAIL, return receipt requested to:

Mid Atlantic Solutions Inc
650 Front Street
Lovington, VA 22949

The RETURN RECEIPT was received in this office dated November 17, 2004, bearing the Signature Of Addressee's Agent.



FILED
At ____ O'Clock ____ M
DEC 6 2004
Becky Denn Clerk
Of District Court, Matagorda Co. Texas
By _____ Deputy

Date issued: November 23, 2004



Geoffrey S. Connor
Secretary of State

STllsv





# Citation
## 04-E-0599-C

**CLERK OF THE COURT**
Becky Denn
1700 Seventh St., Room 30 7
Bay City,  TX  77414-5092

**ATTORNEY FOR PLAINTIFF**
Christopher W. Byrd
1177 West Loop South
Houston, Texas 77027

**THE STATE OF TEXAS**
*NOTICE TO THE DEFENDANT:*
*"You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with  the clerk who issued this citation by  10:00 a.m. on  the Monday next following the  expiration of  twenty days  after you were served this citation and petition,  a default  judgment may be taken against you.":*

To:  Elizabeth Whitley by serving the Secretary of State of Texas
   650 Front Street
   Lovington, VA 22949

*Defendant, Greeting:*

You are hereby commanded to appear by filing a written answer to the <u>Plaintiff's Original Petition</u> on or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable District Court of Matagorda County, Texas at the Court House of said County in Bay City, Texas.

Said Petition was filed on the <u>1st day of November, 2004</u> in this case, numbered <u>04-E-0599-C</u> on the docket of said court, and styled,

<u>C. SCOTT EVANS</u>
VS.
<u>ELIZABETH WHITLEY AND MID-ATLANTIC SOLUTION, INC.</u>

The nature of  Plaintiff's demand  is fully shown by a true and correct copy of  Plaintiff's Original Petition accompanying this citation and made a part hereof.  The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at office, on November 1, 2004.

BECKY DENN, DISTRICT CLERK
MATAGORDA COUNTY, TEXAS

By _Mary Garcia_
    Deputy

RECEIVED
SECRETARY OF STATE

NOV – 8 2004
2:30
CITATIONS UNIT

00100933

# RETURN

Came to hand on the _____ day of _____, 20__, at __ o'clock __,
M.
Executed at _____, within the County of
at _____ o'clock ___, M. on the _____ day of _____, 20 __, by delivering to the within named
_____ each, in person, a true copy of this citation together with
the accompanying copy of the petition, having first attached such copy of such petition to such copy of
citation and endorsed on such copy of citation the date of delivery.

Total fee for serving this citation

By_____  Deputy

## VERIFICATION OF RETURN
### (for use by private process server)

THE STATE OF TEXAS
COUNTY OF _____

BEFORE ME, the undersigned Notary Public, on this day personally appeared

_who, being by me duly sworn on oath deposed and said that he/she is competent to make this oath, is
a disinterested person not less than eighteen years of age who has been authorized to serve citation in
this cause by written order of the Court, has read the above return, and every statement contained in
the return is within affiant's personal knowledge and is true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME on the _____ day of _____, 20___,
to certify which witness my hand and official seal.

Notary Public in and for the State
Of Texas
My commission expires:



# The State of Texas

## Secretary of State

2005-100933-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's Original Petition in the cause styled:

C Scott Evans VS Elizabeth Whitley and Mid Atlantic Solution Inc
130th Judicial District Court Of Matagorda County, Texas
04E0599C

was received by this office on November 8, 2004, and that a copy was forwarded on November 12, 2004, by CERTIFIED MAIL, return receipt requested to:

Elizabeth Whitley
650 Front Street
Lovingston, VA 22949

The RETURN RECEIPT was received in this office dated November 17, 2004, bearing the Signature Of Addressee's Agent.



FILED
At 1:25 O'Clock P M
DEC 6 2004
Becky Dann Clerk
Of District Court Matagorda Co. Texas

Date issued: November 22, 2004



Geoffrey S. Connor
Secretary of State

ST\lsv







CAUSE NO. _04-E-0599-C_

| C. SCOTT EVANS | § | IN THE DISTRICT COURT OF |
| VS. | § | MATAGORDA CO., T E X A S |
| ELIZABETH WHITLEY AND MID-ATLANTIC SOLUTION, INC. | § | _130th_ JUDICIAL  DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, SCOTT EVANS, Plaintiff, and files this his Original Petition, complaining of ELIZABETH WHITLEY and MID-ATLANTIC SOLUTIONS, INC., and for said petition would show the following:

### I.
### DISCOVERY CONTROL PLAN

Discovery should be conducted under Level 3 of Tex. R. Civ. P. 190.

### II.
### PARTIES

1.  Plaintiff Scott Evans, (hereinafter referred to as "Evans"), is an individual residing in Bay City, Matagorda County, TX.

2.  Elizabeth Whitley, (hereinafter referred to as "Whitley"), is an individual residing in the State of Virginia.  She has committed a tort in whole or in part in the State of Texas and can be served by serving the Secretary of State of Texas.  The address of Whitley is 650 Front Street, Lovingston, VA 22949.

3.  Mid-Atlantic Solutions, Inc., (hereinafter referred to as "MAS"), is a foreign corporation that does not maintain a registered agent for service of process in this State.  MAS committed a tort in whole or in part in the State of Texas and can be



served by serving the Secretary of State of Texas. The address of MAS is 650 Front Street, Lovingston, VA 22949.

## III.
## JURISDICTION AND VENUE

4.      This Court has subject matter jurisdiction because the amount in controversy exceeds the minimal jurisdictional limits of this Court.

5.      Defendants are subject to personal jurisdiction in this Texas Court because each has committed a tort in whole or in part in the State of Texas and, therefore, are amendable to jurisdiction pursuant to Tex. Civ. Prac. & Rem. Code §17.041, et. seq.

6.      Venue is proper in this Court pursuant to Tex. Civ. Prac. & Rem. Code §15.002(a)(4) because Evans has resided at all relevant times in this County and Defendants are non-residents without a principal office in this State.

## IV.
## FACTUAL BACKGROUND

7.      Evans is the president of the Federation of Employers & Workers of America (hereinafter referred to as "FEWA"), a non-profit corporation, which is an association of employers and workers dedicated to improving business conditions and providing services in the area of seasonal labor retention and management. FEWA currently has over 480 employer members and 6500 worker members in industries ranging from landscaping to amusement parks. One of the many services that FEWA provides is assistance with federal guest worker programs. Among these programs is the Federal H-2B program under which the United States Department of Labor and the United States Citizenship and Immigration

Service permit domestic employers to hire seasonal, non-agricultural migrant labor.

8.   Defendant Whitley is the president, and upon information and belief, sole owner of Defendant MAS. Defendants are in the business of providing assistance to qualify employers and workers for the H-2B program. Apparently, MAS views FEWA as competition in providing such assistance.

9.   Prior to becoming President of FEWA, Evans was the president and owner of C. Scott, Inc., a for-profit corporation that also provided services with reference to the H-2B program. As of July 9, 2003, C. Scott, Inc., ceased to do business and Evans has devoted all of his time and energy since that date to the non-profit efforts of FEWA.

10.  Under federal law, 66,000 visas are allocated to the H-2B program for entry of seasonal migrant workers for each federal fiscal year. Because of unparalleled demand for such workers, on March 10, 2004, the U. S. Citizenship and Immigration Services (formerly the INS) issued a press release that the cap was met. The press release stated, "Petitions for current H-2B workers do not count towards the congressionally mandated H-2B cap. Accordingly, USCIS will continue to process petitions filed to:

"Extend the stay of a current H-2B worker in the United States";

"Change the terms of employment for current H-2B workers";

"Allow current H-2B workers to change or add employers".

FEWA, in seeking to assist its members, sought legal counsel to advise FEWA on how to help members with completing and filing the necessary forms with the

USCIS for the above-referenced actions. The USCIS approved these applications to allow current H-2B workers to change or add employers.

11.    For reasons not yet fully explained, the Director of the H2 program at the United States Consulate in Monterrey, Mexico, took exception to FEWA's members' actions and temporarily "suspended" FEWA's minor activities at the Consulate. Apparently viewing that dispute between FEWA and the Monterrey Consulate as a business opportunity, Defendants sent a letter dated July 21, 2004, to FEWA members and other H-2B employers in Texas and across the country that personally defamed Evans in various ways. In particular, Defendants falsely stated that Evans was engaging in the illegal sale of excess visas, that the Monterrey Consulate had suspended Evans personally for that reason, and that Evans was using FEWA as a cover for his defunct H-2B service company, C. Scott, Inc. On August 3, 2004, counsel for Evans forwarded a letter to Defendants demanding a retraction of these defamatory statements. As of the date of the filing of this Petition, Defendants have not retracted those statements or otherwise responded to such demand.

## V.
## LIBEL

12.    Evans incorporates herein the allegations set forth above.

13.    Defendants have published statements that defame the reputation of Evans and diminish his respect and standing among members of the industries that utilize the H-2B Program and among the members of FEWA. Such statements were not good faith republication of any official statement by the United States Government and were intended to affirmatively mislead the public concerning

4

Evans' activities and the legitimacy of his involvement with FEWA. Moreover, in asserting that Evans has engaged in the illegal sale of visas, Defendants have falsely accused Evans of criminal conduct, which is libel per se.

14. As a result of Defendants' libelous statements, Evans has suffered damage to his reputation in an amount to be quantified at trial. In addition, because of the malicious or reckless nature of the statements of Defendants, Evans is entitled to punitive damages, including his attorney's fees.

15. Evans also seeks that upon final judgment that Defendants be ordered to publish a retraction of such libelous statements.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff C. Scott Evans prays that Defendants be cited to appear and answer herein, and that upon trial on the merits he receives a final judgment for his actual damages, punitive damages, costs of court, and all other relief to which he may show himself justly entitled.

Respectfully submitted,

Christopher W. Byrd
TSB#: 03557500
1177 West Loop South, Ste. 700
Houston, Texas 77027
PHO: 832-681-2315
FAX: 713-759-9650

FILED
At ___ O'Clock ___ M
NOV - 1 2004
Becky Denn Clerk
Of District Court, Matagorda Co. Texas
By_____ Deputy

OF COUNSEL:
G. P. Hardy, III
TSB#: 08992000
1177 West Loop South, Suite 700
Houston, TX 77027
PHO: 713-222-0381
FAX: 713-759-9650

**ATTORNEYS FOR PLAINTIFF**

5



# CIVIL DOCKET

## CASE NO. 04-E-0599-C

| NUMBER OF CASE | NAMES OF PARTIES | ATTORNEYS | Kind of Action and Party Demanding Jury | DATE OF FILING | | |
|---|---|---|---|---|---|---|
| | | | | Mo. | Day | Year |
| 04-E-0599-C | C. SCOTT EVANS | G. P. HARDY Pltf. | DAMAGES | 11 | 01 | 04 |
| | ELIZABETH WHITLEY AND MID-ATLANTIC SOLUTION, INC. | Dft. | | | | |

**DATE OF ORDERS**

| Mo. | Day | Year | Was Stenographer Used? |
|---|---|---|---|

**ORDERS OF COURT**

**MINUTE BOOK** — Vol. | Page

**PROCESS** — Jury Fee, | Paid by | Jury No.

The State of Texas
County of Matagorda

I, Becky Denn, Clerk of the District Court in and for Matagorda County, Texas, do hereby certify that the above and foregoing is a true and correct copy recorded in the Minutes of the District Court of Matagorda County, Texas.

GIVEN UNDER MY HAND AND SEAL of said Court, at the office in Bay City, Texas, on December 7, 2004.

Becky Denn, District Clerk
Matagorda County, Texas

By _Mary Bain_



# ATTORNEYS OF RECORD

For **Defendants**, Elizabeth Whitley and Mid-Atlantic Solution, Inc.:

| | |
|---|---|
| Attorney: | John R. Gilbert<br>SDOT No. 3754<br>Texas State Bar No. 07898500 |
| Address: | P. O. Box 1819<br>222 North Velasco<br>Angleton, Texas 77516-1819 |
| Phone Numbers: | (979) 849-5741<br>(979) 849-7729 (FAX) |
| Attorney: | Lawrence P. Hampton<br>SDOT No. 8123<br>Texas State Bar No. 08875500 |
| Address: | P. O. Box 1819<br>222 North Velasco<br>Angleton, Texas 77516-1819 |
| Phone Numbers: | (979) 849-5741<br>(979) 849-7729 (FAX) |
| Attorney: | William W. Ogden<br>SDOT No. 2072<br>Texas State Bar No. 15228500 |
| Address: | 2100 Pennzoil South Tower<br>711 Louisiana<br>Houston, Texas 77002 |
| Phone Numbers: | (713) 844-3000<br>(713) 844-3030 Fax |

For **Plaintiff**, C. Scott Evans:

| | |
|---|---|
| Attorney: | Christopher W. Byrd<br>Texas State Bar No. 03557500 |

Address:                1177 West Loop South, Ste. 700
                        Houston, Texas 77027

Phone Numbers:          (832) 681-2315
                        (713) 759-9650(FAX)


Attorney:               G.P. Hardy, III
(Of Counsel)            Texas State Bar No. 08992000

Address:                1177 West Loop South, Ste. 700
                        Houston, Texas 77027

Phone Numbers:          (713) 222-0381
                        (713) 759-9650(FAX)



NO. 04-E-0599-C

| C. SCOTT EVANS | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | MATAGORDA CO., TEXAS |
| | § | |
| ELIZABETH WHITLEY AND | § | |
| MID-ATLANTIC SOLUTIONS, INC. | § | 130TH JUDICIAL DISTRICT |
| | § | |

## NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL

To:    Becky Denn, District Clerk, Matagorda County, Texas:

Please take notice that Defendants, Mid-Atlantic Solutions, Inc. and Elizabeth Whitley , this

date, have filed their Notice of Removal to the United States District Court for the Southern District

of Texas, Galveston Division, a copy of which is attached hereto. Defendants hereby file a copy of

the Notice with the Clerk of the District Court of Matagorda County, Texas, in accordance with 28

U.S.C. § 1446(d).

Dated this 8th day of December, 2004.

Respectfully submitted,

GILBERT & GILBERT

BY: _John R. Gilbert_

JOHN R. GILBERT
State Bar No. 07898500
SDOT No. 3754
P. O. Box 1819
222 North Velasco
Angleton, Texas 77516-1819
(979) 849-5741
(979) 849-7729 (FAX)
ATTORNEY-IN-CHARGE FOR DEFENDANTS,
MID-ATLANTIC SOLUTIONS, INC. and
ELIZABETH WHITLEY

OF COUNSEL:
GILBERT & GILBERT
Lawrence P. Hampton
State Bar No. 08875500
SDOT No.
222 North Velasco
P. O. Box 1819
Angleton, Texas 77516-1819
(979) 849-5741
(979) 849-7729 Fax

OGDEN, GIBSON, WHITE, BROOCKS,
   & LONGORIA, LLP
William W. Ogden
SDOT No. 2072
State Bar No. 15228500
2100 Pennzoil South Tower
711 Louisiana
Houston, Texas 77002
(713) 844-3000
(713) 844-3030 Fax

## CERTIFICATE OF SERVICE

I hereby certify that in accordance with the Texas Rules of Civil Procedure, a true copy of NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL has been served on the below listed counsel of record on this the 8th day of December, 2004, to:

Christopher W. Byrd
1177 West Loop South, Ste. 700
Houston, Texas 77027

G.P. Hardy, III
1177 West Loop South, Ste. 700
Houston, Texas 77027

JOHN R. GILBERT

2



# GILBERT & GILBERT
## ATTORNEYS AT LAW

**222 NORTH VELASCO**
**P. O. BOX 1819**
**ANGLETON, TEXAS 77516-1819**

RALPH W. GILBERT
(1919 - 2004)
JOHN R. GILBERT, P.C.

ERIC T. FUREY
JUSTIN R. GILBERT
WALTER J. ROMANO

(979) 849-5741 Telephone
(979)849-7729 Facsimile
jgilbert@jrgpc.com

*Of Counsel*
ERNEST J. BLANSFIELD
KEVIN P. GALLAGHER
GWYNN H. GORSUCH
LAWRENCE P. HAMPTON
CHRISTINE M. RODRIGUEZ

December 8, 2004

Christopher W. Byrd
1177 West Loop South, Ste. 700
Houston, Texas 77027

*CMRRR#7003 2260 0007 0018 0637*

G. P. Hardy, III
1177 West Loop South, Ste 700
Houston, Texas 77027

*CMRRR#7003 2260 0007 0018 0323*

**RE:** **Cause No. 04-E-0599-C;** *C. Scott Evans v. Elizabeth Whitley and Mid-Atlantic Solutions, Inc.*; **In the 130th Judicial District Court of Matagorda County, Texas.**

Dear Chris and Geep:

Enclosed please find copies of the following documents::

1. **Defendants' Notice of Removal and related exhibits as filed on Wednesday, December 8, 2004 with the United States District Court for the Southern District of Texas, Galveston Division.**

If you should have any questions, please do not hesitate to call.

Sincerely yours,



John R. Gilbert

JRG/mw
byrd & hardy ltr 12-8-04.wpd
Enclosures

◥JS 44  (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

United States Courts

DEC 0 8 2004

Michael N. Milby, Clerk of Court

## I. (a) PLAINTIFFS

C. Scott Evans

**(b)** County of Residence of First Listed Plaintiff __Matagorda__
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS

Elizabeth Whitley and
Mid-Atlantic Solutions, Inc.

County of Residence of First Listed __State of Virginia__
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Christopher W. Byrd / G. P. Hardy III
1177 West Loop South, Ste. 700
Houston, Texas 77027

Attorneys (If Known)

John R. Gilbert          979-849-5741
P. O. Box 1819
Angleton, Texas 77516-1819

## II. BASIS OF JURISDICTION     (Place an "X" in One Box Only)

☐ 1  U.S. Government
        Plaintiff

☐ 2  U.S. Government
        Defendant

☐ 3  Federal Question
        (U.S. Government Not a Party)

☒ 4  Diversity
        (Indicate Citizenship of Parties
        in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                            and One Box for Defendant)

|  | PLF | DEF |  | DEF |
|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place ☐ 4 | ☐ 4 |
|  |  |  | of Business In This State |  |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place ☐ 5 | ☒ 5 |
|  |  |  | of Business In Another State |  |
| Citizen or Subject of a | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6  ☐ 6 |
| Foreign Country |  |  |  |  |

## IV. NATURE OF SUIT     (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug |  | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☒ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws |  | ☐ 460 Deportation |
| & Enforcement of | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ Judgment Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other |  | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending |  |  | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
|  | Injury |  |  | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act |  | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: |  | ☐ 870 Taxes (U.S. Plaintiff | Determination Under Equal Access to |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | or Defendant) | Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty |  |  | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | State Statutes |
|  |  | ☐ 550 Civil Rights | Security Act | 26 USC 7609 | ☐ 890 Other Statutory Actions |
|  |  | ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN     (PLACE AN "X" IN ONE BOX ONLY)

☐ 1  Original
        Proceeding

☒ 2  Removed from
        State Court

☐ 3  Remanded from
        Appellate Court

☐ 4  Reinstated or
        Reopened

☐ 5  Transferred from
        another district
        (specify)

☐ 6  Multidistrict
        Litigation

☐ 7  Appeal to
        District
        Judge from
        Magistrate
        Judgment

## VI. CAUSE OF ACTION   (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. § 1446 (b) – Diversity action arising out of alleged libel lawsuit.

## VII. REQUESTED IN
## COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
        UNDER F.R.C.P. 23

DEMAND $
excess of $75,000.

CHECK YES only if demanded in complaint:
JURY DEMAND:     ☐ Yes   ☒ No

## VIII. RELATED CASE(S)
## IF ANY

(See
instructions):

JUDGE

DOCKET NUMBER

DATE  12/8/04

SIGNATURE OF ATTORNEY OF RECORD
*John R. Gilbert*

FOR OFFICE USE ONLY